UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

IN RE:

| | | |
|---|---|---|
| ANTHONY WILSON | ) | |
| KRISTIE WILSON | ) | CASE NO. 16-05024-5-JNC |
| | ) | CHAPTER 13 |
| DEBTORS. | ) | |
| | ) | |

## NOTICE OF SPECIAL APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned counsel hereby enters a special appearance on behalf of GMAC f/k/a General Motors Acceptance Corporation and, pursuant to 11 U.S.C. §342 and Federal Rules of Bankruptcy Procedure 2002, 3017(a), and 9010, requests that his name be added to the mailing list maintained by the Clerk in the above-referenced case so that all notices in this case or any proceeding herein be given to and served upon the undersigned counsel at the address set forth below. Please take further notice that the submission of this Notice and Request constitutes only a special appearance and is not to be deemed a consent to or a waiver of the right to challenge the jurisdiction of the Bankruptcy Court in this case, including without limitation the jurisdiction of the Court to adjudicate non-core matters or the waiver of right to jury trial, all of which GMAC f/k/a General Motors Acceptance Corporation reserves without prejudice.

Dated: October 5, 2016

KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, P.A.

By:/s/*David P. Nanney, Jr.*
David P. Nanney, Jr.
N.C. State Bar No. 13056
Attorneys for GMAC f/k/a General Motors Acceptance Corporation
P. O. Box 19806
Raleigh, NC  27619-9766
Telephone:  (919) 848-9640
Facsimile:   (919) 848-8755
Email: dnanney@kirschlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, he served a copy of the foregoing on the parties in interest either electronically or by depositing copies of same in a depository under the exclusive care and custody of the United States Postal Service, in a postage-paid envelope, addressed as follows:

Anthony Wilson
Kristie Wilson
56 Peanut Drive
Roanoke Rapids NC 27870

Lenita Webb Arrington
1027 E. Tenth Street
Roanoke Rapids NC 27870

Richard M. Stearns
1015 Conference Drive
Greenville NC 27858

This the 5th day of October, 2016.

/s/*Lou Ann Goodnight*
Lou Ann Goodnight
Paralegal